**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7848**

---

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

    versus

KATHY NELSON,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg. Charles H. Haden II, Chief District Judge. (CR-90-280-6, CA-96-696-6)

---

Submitted: March 13, 1997            Decided: March 20, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kathy Nelson, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Nelson, Nos. CR-90-280-6; CA-96-696-6 (S.D.W. Va. Nov. 21, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2